

**Court of Appeals**

**Seventh District of Texas**
**Potter County Courts Building**
**501 S. Fillmore, Suite 2-A**
**Amarillo, Texas 79101-2449**
**www.txcourts.gov/7thcoa.aspx**

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 17, 2021

Hasseh El Bey
c/o Tribal Administration Trust
304 South Jones Boulevard, Suite 180
Las Vegas, NV 89107
* DELIVERED VIA E-MAIL & POSTAL *

Kent Birdsong
District Attorney
P.O. Box 698
Vega, TX 79092
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:  07-21-00066-CR, 07-21-00067-CR, 07-21-00068-CR
Trial Court Case Number:  OCR-20F-043, OCI-20I-023, OCR-20I-086

**Style:**    Hasseh El Bey v. The State of Texas

Dear Mr. El Bey and Mr. Birdsong:

The Court this day issued an opinion and judgment in the referenced appeal. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:    Honorable Roland D. Saul (DELIVERED VIA E-MAIL)
Darla Lookingbill (DELIVERED VIA E-MAIL)
Tracy McCall (DELIVERED VIA E-MAIL)